AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Laila Loe<br>*Plaintiff*<br>v.<br>District of Columbia et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-03781 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Laila Loe, a minor, by her parent and next friend, Lena Loe .

Date: 10/28/2026

/s/ Ellora Thadaney Israni
*Attorney's signature*

Ellora Thadaney Israni (1740904)
*Printed name and bar number*

Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
*Address*

eisrani@relmanlaw.com
*E-mail address*

(202) 969-4727
*Telephone number*

*FAX number*