AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Laila Loe
*Plaintiff*
v.
District of Columbia et al.
*Defendant*

Case No. 1:26-cv-03781

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Laila Loe, a minor, by her parent and next friend, Lena Loe .

Date: 10/28/2026

s/Alyssa C. Lareau
*Attorney's signature*

Alyssa C. Lareau (D.C.Bar No. 494881)
*Printed name and bar number*

Wardenski P.C.
300 New Jersey Avenue, NW, Suite 300
Washington, DC 20001
*Address*

alyssa@wardenskilaw.com
*E-mail address*

(202) 935-4224
*Telephone number*

(347) 467-7237
*FAX number*