AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Laila Loe
*Plaintiff*
v.
District of Columbia et al.
*Defendant*

Case No. 1:26-cv-03781

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAILA LOE, a minor, by her parent and next friend, LENA LOE .

Date: 10/30/2026

/s/ Yiyang Wu
*Attorney's signature*

Yiyang Wu (1028799)
*Printed name and bar number*

Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, D.C 20036
*Address*

ywu@relmanlaw.com
*E-mail address*

(202) 728-1888
*Telephone number*

*FAX number*