**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAILA LOE, a minor, by her parent and next friend, LENA LOE,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>Defendants. | No. 1:26-cv-03781-ABJ |

**NOTICE OF FILING**

Pursuant to the Court's Memorandum Opinion and Order, Dkt. No. 7, granting Plaintiff's Sealed Motion to Proceed Under Pseudonym (the "Motion"), Dkt. No. 3, Plaintiff hereby files the Motion and accompanying documents on the public docket in this case.

DATED: November 15, 2026

Respectfully submitted,

/s/ Joseph J. Wardenski

Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Alyssa Lareau (D.C. Bar No. 494881)
WARDENSKI P.C.
300 New Jersey Avenue NW, 3rd Floor
Washington, D.C. 20001
Phone: (202) 935-4224
alyssa@wardenskilaw.com

*(continued on next page)*

Ellora Thadaney Israni (D.C. Bar No. 1740904)
Yiyang Wu (D.C. Bar No. 1028799)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, D.C. 20036
Phone: (202) 728-1888
eisrani@relmanlaw.com
ywu@relmanlaw.com

*Attorneys for Plaintiff*