**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LAILA LOE, a minor, by her parent and next friend, LENA LOE,

Plaintiff,

v.

DISTRICT OF COLUMBIA *et al.*,

Defendants.

No. 1:26-cv-03781

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYMS**

**(Filed Under Seal)**

Plaintiff and her mother, by and through counsel, hereby seek authorization to proceed under the pseudonyms Laila Loe and Lena Loe, respectively, in the above-captioned matter. Laila is 12 years old, her mental health is at the heart of this case, and her father—who does not know her whereabouts, but would if she was identified in this matter—has a history of abuse. Lena is concerned about physical and/or mental harm to Laila if her identity is publicly disclosed. And because Lena's identity is intractably bound up with Laila's, those concerns are equally present if Lena's identity is publicly disclosed.

As such, Plaintiff respectfully requests that this Court grant this motion for her and her mother to proceed under pseudonyms.

DATED: October 27, 2026

Respectfully submitted,

/s/ *Joseph J. Wardenski*
Joseph J. Wardenski (DC Bar No. 4595120)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Alyssa C. Lareau (DC Bar No. 494881)
WARDENSKI P.C.
300 New Jersey Avenue, Suite 300
Washington, DC 20001
Phone: (202) 935.4224
alyssa@wardenskilaw.com

Ellora Thadaney Israni (DC Bar No. 1740904)
Yiyang Wu (DC Bar No. 1028799)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, D.C. 20036
Phone: (202) 728-1888
eisrani@relmanlaw.com
ywu@relmanlaw.com

*Attorneys for Plaintiff*