**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAILA LOE, a minor, by her parent and next friend, LENA LOE,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>Defendants. | No. 1:26-cv-03781 |

**DECLARATION OF LENA LOE**

**(Filed Under Seal)**

I, Lena Loe, declare:

1. My minor child is the Plaintiff in the above-captioned lawsuit. I am bringing this lawsuit on her behalf as her parent and next friend.

2. I am using the pseudonym, Lena Loe, to protect my child, who is using the pseudonym Laila Loe.

3. I was born in Uzbekistan and moved to the United States as an adult.

4. I am a single mother. I have sole custody of Laila.

5. I am a victim of domestic violence. Laila's father was abusive toward me, and I obtained a protective order against him many years ago.

6. I believe that he has since moved back to Uzbekistan, where we were both born.

7. Laila moved to Uzbekistan in 2024 due to the bullying that she experienced as a student in the District of Columbia. She is living with her grandparents in Uzbekistan. I do not believe her father knows that she is living in Uzbekistan.

8. I fear that if Laila's father were to find out that she is living in Uzbekistan, he might try to reach out to her. Given what he did to me, I worry that if Laila's father were to contact her he might harm her.

9. I believe that Laila's father "checks up" on her and me via the internet periodically. I fear that filing this lawsuit under either of our full names would publicly disclose Laila's presence in Uzbekistan to her father and put her at risk of harm.

10. My identity is known to Defendants and will be disclosed to Defendants' counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2026

/s/ *Lena Loe*
Lena Loe